# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-009-00637-CV

**In re Willis Martin, Jr.**

## FROM THE DISTRICT COURT OF BELL COUNTY

Relator Willis Martin, Jr. has filed a petition for writ of mandamus, complaining of a trial court order granting a partial dismissal that was signed on June 27, 2008.  We deny the petition for writ of mandamus.  *See* Tex. R. App. P. 52.8.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Waldrop

Filed:   November 17, 2009